IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| MICHAEL WALKER | § | |
| v. | § | CIVIL ACTION NO. 5:14cv107 |
| LASALLE MANAGEMENT CO., ET AL. | § | |

## ORDER OF DISMISSAL

The Plaintiff Michael Walker, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. On December 2, 2014, the undersigned Magistrate Judge issued a Report recommending dismissal of the lawsuit for failure to prosecute. A copy of this Report was sent to Walker at his last known address, return receipt requested, but no objections were received.

After the Report issued, the case was assigned to the undersigned Magistrate Judge for entry of final judgment pursuant to the consent of the parties. 28 U.S.C. §636(c). A review of the Report shows it was correct. It is accordingly

ORDERED that the Report of the Magistrate Judge (docket no. 20) is ADOPTED as the opinion of the Court. It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED without prejudice for failure to prosecute. Finally, it is

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**SIGNED this 27th day of January, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE